EXHIBIT

Amanda.ArnallCouch@dac.state.ok.us
Meet
Hangouts

1 of 5
Re: UVED Notice No. OK100100183

William Turner <wbtphdjd@gmail.com>
Fri, Sep 10, 3:42 PM (3 days ago)
to Amanda, bcc: kandi.copeland

Dear Ms. Couch:

Thank you for your response to my email.

Your response is entirely useless and incompetent. You still do not understand the problem.  You have *assumed* that I am guilty. You are not allowed to do that in the United States.

Your basic excuse for this ridiculous exercise is administrative convenience.  Inexcusable.  It matters not a whit how "burdensome" enforcement is. This is a matter of my rights under the U.S. Constitution, which I suppose you are at least passingly familiar with. I cannot cite specific cases here, but the Supreme Court has squarely held that administrative convenience is no excuse for violating anyone's rights.

You completely miss the point.

Thank you for your effort, no matter how unavailing.  There is no point in further communication with you about this. I shall wait to take the matter up with whatever attorneys choose to pursue the matter and before a judge, all of whom will understand my rights and their duty to respect them.

This is very sad. I suppose you are doing the best you can.

Very truly yours,

William B. Turner

On Fri, Sep 10, 2021 at 3:24 PM Arnall Couch, Amanda <Amanda.ArnallCouch@dac.state.ok.us> wrote:
Thank you, Mr. Turner.

The Notice you received is not a citation.  No charges have been filed against you; there is no criminal matter to be dismissed by your motion.  The Notice is meant to notify you of a discrepancy regarding your compliance with Oklahoma's Compulsory Insurance Law (47 OS §7-606).  Were you pulled over by a law enforcement officer, she would access the same information (via OKIVS), and your vehicle would appear to be uninsured; at that point, the law enforcement officer might write you a citation, which would include a date and time for court appearance.  By sending Notices, the UVED Program seeks to prevent such outcomes, as enforcement of Oklahoma's Compulsory Insurance Law is a burdensome task for law enforcement agencies and courts alike.  The purpose of the UVED Program is to address noncompliance without overburdening officers, prosecutors, judges, or citizens, by providing an avenue for avoiding criminal prosecution.

The photograph referenced in Notice number OK100100183 was taken by the UVED camera located near the intersection of North Western Avenue and Northwest 23rd Street in Oklahoma City, which captures license plate images from vehicles traveling eastbound on Northwest 23rd Street.  Only plates returning as "Unconfirmed" from OKIVS are reviewed by the UVED Program, which is how you came to receive a Notice.

If your vehicle was personally insured by an Oklahoma-licensed company on August 18, 2021, please contact your agent/carrier so they may update OKIVS properly, as required by law; this will automatically clear the Notice in our system.  If your vehicle was commercially insured, or was insured by an out-of-state company, please provide coverage information by reply email to this address, by fax to 405 429 4274, or online at www.UVEDOK.org.  Reporting mistakes happen, and if that is the situation here, let us resolve it efficiently, in such a manner as to prevent similar issues in the future.

Thank you for your courtesies,

Amanda


Amanda Arnall Couch

UVED Program Director/Prosecutor

District Attorneys Council

421 NW 13th Street, Suite 290

Oklahoma City, OK  73103

OkBar No. 33695 / MoBar No. 54881


From: William Turner <wbtphdjd@gmail.com>
Sent: Friday, September 10, 2021 1:59 PM
To: Arnall Couch, Amanda <Amanda.ArnallCouch@dac.state.ok.us>
Subject: [Spam] Re: UVED Notice No. OK100100183
Importance: Low


This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email. Please forward to ITSupport@dac.state.ok.us if you believe this e-mail to be suspicious.

Dear Ms. Couch:

Thank you for your email in response to my repeated inquiries about this matter.

Your tone is somewhat breezy and you seem to see this as trivial, which it is in some sense.  I, however, am disgusted and incensed.

I grew up in Oklahoma, as did my parents and all of my grandparents. I graduated from Casady School. I would like to be proud of my State and its government, but obvious violations of my rights are only one of many reasons why I find Oklahoma State government hugely embarrassing.

I have to infer that you are not a lawyer.  At the University of Wisconsin, where I earned my JD, we learned about the elements of an offense. I should think District Attorney Prater knows this concept if you do not.  The offense you allege here has two elements: 1) lack of insurance, and 2) operating the vehicle. Your email is bureaucratic in the very worst sense. You have established that your system showed me not to have insurance on the date in question. What you have not remotely shown is that I operated the vehicle on that date. Your "notice" includes a photo of what is allegedly my vehicle at some location that is entirely indeterminate from the photo. Nor  is the date clear from the photo.

You have not proven any offense on my part.

This is grossly offensive and ridiculous. You should be embarrassed.. Mr. Prater should be embarrassed.

Your "notice" is riddled with procedural flaws, as I detailed in my motion to dismiss. Citations for traffic violations routinely show a date by which the accused must respond and the *location of the court to appear in* if the accused chooses to challenge the citation.  Your "notice" includes neither. Another due process violation.

Your breezy, bureaucratic email and your "notice" just assume that I am guilty. In doing so, you violate my right to due process of law, a basic concept in our Constitution that Mr. Prater should know well, although he apparently does not. Your "notice" refers to evidence you claim to have other than the photo of my car.  You have not submitted that evidence to me. That is prosecutorial misconduct.

Substantively, this matter is trivial, although you threaten me with criminal prosecution, which I will welcome because at least then I will know what court to file my motion to dismiss with. I am incensed because you people have conducted this business in a hugely unprofessional, embarrassing manner and attempt to violate my rights in the process.

I will not comply with your little bureaucratic exercise. You have proven nothing.  I will defend my rights, in court as necessary. Send police to arrest me if you wish. I shall have my day in court, whether state or federal. If Oklahoma State officials refuse to respect my rights, I shall take the matter before a federal judge.

You are not keeping Oklahoma safe. You have access to my driving record. I have had a driver's license since 1980, first in Oklahoma, then in various other states. You will find a few moving violations. You advance no public safety goal by trying to trample the rights of citizens. This is shameful.

I can only conclude that you think you are doing a reasonable job and doing it well. You are doing neither. I blush for you.  It's not even clear what steps you will take when I refuse to comply with your high handed little "notice."  I have to assume that you expect most people just to roll over and accept your disregard for their rights. I shall not.

In disgust, I remain,

Very truly yours,

William B. Turner

wbtphdjd@gmail.com

405.430.1363

On Fri, Sep 10, 2021 at 10:31 AM Arnall Couch, Amanda <Amanda.ArnallCouch@dac.state.ok.us> wrote:

Good morning, Mr. Turner.

Thank you for reaching out to the Uninsured Vehicle Enforcement Diversion (UVED) Program, created by statute and active since 2018, the sole purpose of which is to reduce the rate of uninsured driving in the State of Oklahoma.  I am in receipt of the letter sent to District Attorney Prater's office, I have reviewed last Friday's call notes with Investigator Wiechec, and I received the voicemail message you left at my extension as well.

You received a Notice regarding your vehicle's insurance status because the State of Oklahoma had no record of coverage on the date of photo-capture (August 18, 2021).  On that date, and still today, the State of Oklahoma Insurance Verification System (OKIVS) returns as "Unconfirmed" the vehicle bearing Oklahoma plate EAQ062 (VIN YV1LW5645V2278790).  You may verify this information yourself by inputting your vehicle's plate and partial VIN on the OKIVS website (www.OKIVS.com).

Response: Unconfirmed

Associated Vehicle

VIN: YV1LW5645V2278790   Year: 1997   Make: VOLV   Model: 850   Plate Number: EAQ062

An "Unconfirmed" response indicates coverage for your vehicle has not been reported to OKIVS by your insurance carrier.  This is likely an oversight on the part of your carrier.  As a condition of writing motor vehicle liability policies in Oklahoma, insurance carriers are mandated to

cooperate with the Insurance Department in maintaining OKIVS by providing policy status information.

If your vehicle was insured on the date of the alleged violation, your insurance agent must electronically transmit your insurance information to the Oklahoma Insurance Verification System (www.OKIVS.com) using the Notice number you received.  Once your agent completes the verification process, the matter will be closed – i.e., you will be free to disregard the Notice.  Should your agent encounter any difficulties, excellent assistance is available via email to Support@OKIVS.com.

If your vehicle is covered by a commercial policy, despite its personal (non-commercial) registration, please advise; a letter from Insurance Commissioner Glen Mulready regarding same is available upon request.

If your vehicle is covered by an out-of-state policy, please be advised that Oklahoma law requires that Oklahoma-registered vehicles carry insurance from Oklahoma carriers (for this reason, among others).  In order to prevent future notices, your vehicle needs to be registered in the other state, or the policy transferred to Oklahoma, ASAP.

Please be sure to include your Notice number on all correspondence, so we may address your concerns promptly.

Thank you for helping us keep Oklahoma safe!

Kind Regards,

Amanda

Amanda