# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM B. TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-902-J |
| | ) |
| DAVID PRATER, et al., | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S APPLICATION
## TO PROCEED WITHOUT PAYING FEES OR COSTS

Upon consideration of Plaintiff's Application (Motion) to Proceed Without Prepaying Fees or Costs, **(ECF No. 2)**, the Court finds that Plaintiff is financially unable to prepay the fees of this proceeding or give security for payment of the fees. The Application is therefore **GRANTED**. Plaintiff is authorized to proceed without prepayment of the fees or giving security for such payment, and pursuant to LCvR3.3(e) the formal filing of the pleading will relate back to the date the pleadings were conditionally filed.

**IT IS SO ORDERED** on September 15, 2021.

_Shon T. Erwin_
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE